*In re* JOSÉ A. CLAVELL RUIZ, peticionario.

*Número:* O-75-183          *Resuelto:* 29 de diciembre de 1978

*José A. Clavell Ruiz,* por su propio derecho; *Héctor A. Colón Cruz, Procurador General,* y *Eliadís Orsini Zayas, Procuradora General Auxiliar,* abogados de El Pueblo de Puerto Rico.

PER CURIAM: En 29 de septiembre de 1977 separamos al peticionario del ejercicio de la profesión indefinidamente. Como consecuencia de una moción de reconsideración presentada por él, limitamos el castigo a una suspensión por el término de un año mediante resolución de 13 de octubre de 1977. Allí expresamos que al transcurrir dicho término el peticiona-

rio debería comparecer ante este Tribunal para solicitar su reinstalación y demostrar que era merecedor de ella.

Habiendo transcurrido el término de suspensión, el peticionario acudió ante nos solicitando su reinstalación como abogado mediante declaración jurada en la que afirmó que "durante el período de suspensión ha observado una conducta ejemplar, desligado totalmente de aquellas actividades que dieron lugar a la sanción impuesta y cumplida y así promete continuar en el futuro."

Por considerar que no cumplía con los requisitos de nuestra resolución de 13 de octubre de 1977, su petición le fue denegada. Nuevamente acude ante nos a través de una moción de reinstalación, debidamente jurada, en la que declara entre otras cosas:

1. Que no ha ejercido la profesión de abogado, y en su consecuencia la de notario público, desde la fecha en que fuera suspendido.

2. Que desde una fecha anterior a nuestro dictamen de separación dejó de actuar de apoderado de compañía de fianzas y aún continúa desligado directa e indirectamente de actividades relacionadas con fianzas.

3. Que no ha cometido delito grave u otro delito que implique depravación moral.

4. Que su comportamiento es "excelente".

5. Que su conducta ha sido "intachable" y que se propone ejercer la profesión de abogado conforme con los cánones de ética profesional y "con las más altas normas de excelencia".

Junto a la moción de reinstalación acompañó varias cartas de abogados vecinos de la ciudad de Ponce, donde reside el peticionario, que acreditan el merecimiento de que éste sea admitido nuevamente al ejercicio de la profesión de abogado. Sometió además una certificación jurada de la Secretaria Ejecutiva de la Compañía de Fianzas de Puerto Rico acreditando que tanto el peticionario como su esposa dejaron de ser apoderados de dicha compañía con anterioridad a nuestra orden de separación.

El Procurador General de Puerto Rico ha comparecido para informar que no hay constancia en sus archivos de queja o querella alguna contra el peticionario.

Examinadas las manifestaciones contenidas en la moción del peticionario así como los documentos sometidos junto a la misma y el Informe del Procurador General, el Tribunal estima que el peticionario ha cumplido con los términos de nuestra resolución de 13 de octubre de 1977 y en su consecuencia ordena la rehabilitación del peticionario José A. Clavell Ruiz a la profesión de abogado en Puerto Rico con todos los derechos que como tal le corresponden conforme a la ley.

El peticionario queda apercibido de que no podrá dedicarse ni directa ni *indirectamente* al negocio de fianzas que motivó su separación como abogado ni a ninguna otra actividad que fuere incompatible con el ejercicio de la profesión de abogado.

Consideramos apropiado repetir aquí lo que expresáramos hace algún tiempo en *In re González*, 60 D.P.R. 94, 98 (1942):

"A él corresponde, en el futuro demostrar, con sus actuaciones, que no erramos al dar crédito a la confianza en él depositada y al concederle, como le concedemos, el alto privilegio de ejercer de nuevo la profesión de abogado y notario y de llevar con honor la toga que dignifica."

Los Jueces Asociados Señores Díaz Cruz e Irizarry Yunqué no intervinieron.